# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

138869

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DETROIT MEDICAL CENTER,
      Plaintiff-Appellee,

v

                                    SC: 138869
                                    COA: 283815

TITAN INSURANCE COMPANY,
      Defendant-Appellant.
                                    Wayne CC: 2007-700367-NF

_____/

      On order of the Court, the application for leave to appeal the March 31, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009                         _____
                                                  Clerk

p1214